THOMAS E. FRANKOVICH (State Bar No. 074414)
JENNIFER L. STENEBERG (State Bar No. 202985)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
2806 Van Ness Avenue
San Francisco, CA 94109
Telephone:   415/674-8600
Facsimile:   415/674-9900

Attorneys for Plaintiffs JULIAN ARCHULETA
and DISABILITY RIGHTS ENFORCEMENT,
EDUCATION SERVICES

ARTHUR C. LIPTON
LIPTON & PIPER LLP
870 Market Street, Suite 945
San Francisco, CA 94102-2923
Telephone:   415/362-6286
Facsimile:   415/362-6819

Attorneys for Defendant IRMA ENCINAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN ARCHULETA, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>JACK'S CLUB; DOLORES L. PERRAPATO, an individual dba JACK'S CLUB; and IRMA ENCINAS, an individual dba JACK'S CLUB,<br><br>    Defendants. | **CASE NO. C04-5318 PJH**<br><br>**STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER THEREON** |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain

jurisdiction over enforcement of the Agreement.  *See* <u>Kokonen v. Guardian Life Ins. Co.</u>, 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: November 11, 2005          THOMAS E. FRANKOVICH
                                  *A PROFESSIONAL LAW CORPORATION*


                                  By:  /s/ Jennifer L. Steneberg
                                       Jennifer L. Steneberg
                                  Attorneys for Plaintiffs JULIAN ARCHULETA
                                  and DISABILITY RIGHTS, ENFORCEMENT,
                                  EDUCATION SERVICES

Dated: November 3, 2005           LIPTON & PIPER LLP


                                  By:  /s/ Arthur C. Lipton
                                       Arthur C. Lipton
                                  Attorneys for Defendant IRMA ENCINAS

## **ORDER**

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated:  December 6, 2005

                                  Hon. Phyllis J. Hamilton
                                  UNITED STATE DISTRICT JUDGE